Submitted on record and briefs February 28, reversed and remanded for
reconsideration April 5, 2000

In the Matter of Rachel Morneau,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

RACHEL MORNEAU,
*Appellant.*

(9905-64134; CA A106604)

998 P2d 774

Paul L. Breed filed the brief for appellant.

Philip Schradle, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *State v. May,* 131 Or App 570, 888 P2d 14 (1994).